IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 05-347 |
| | : | |
| v. | : | |
| | : | |
| EPHRAIM E. BARR | : | CIVIL ACTION NO. 09-5091 |
| | : | |

# O R D E R

**AND NOW,** this 21st day of February 2013, upon consideration of Petitioner's Amended, Counseled *Habeas Corpus* Motion under 28 U.S.C. § 2255 [Doc. No.255] and the Government's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Petitioner's Motion is **DENIED**; and

2. The Court finds no ground upon which to issue a certificate of appealability.

It is so **ORDERED**.

                                                    **BY THE COURT:**

                                                    /s/ Cynthia M. Rufe

                                                    **CYNTHIA M. RUFE, J.**